

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

**FILED**

MAR 0 4 2009

*********************************************************************

| | * | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CR 06-10023-01 |
| | * | |
| Plaintiff, | * | |
| | * | |
| -vs- | * | ORDER DENYING |
| | * | CERTIFICATE OF APPEALABILITY |
| JAMES JOHNSON, III, | * | |
| | * | |
| Defendant. | * | |
| | * | |

*********************************************************************

TO THE EIGHTH CIRCUIT COURT OF APPEALS:

Defendant pleaded guilty to conspiracy to distribute and possession with intent to distribute methamphetamine and was sentenced on June 4, 2007, to 188 months custody. Defendant filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The basis of defendant's motion was his contention that I erred in applying a two level sentencing guidelines enhancement for possession of a firearm. He also contended that counsel was ineffective in erroneously advising the defendant to enter into a plea agreement which included a waiver of his right to appeal his sentence, including the firearm enhancement. I summarily denied the motion to vacate pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts.

Defendant has filed a notice of appeal. The notice of appeal may be treated as an application for a certificate of appealability. Tiedeman v. Benson, 122 F.3d 518 (8th Cir. 1997). Pursuant to 28 U.S.C. § 2253, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. Defendant did not and has not made a substantial showing of the denial of a constitutional right.

IT IS HEREBY CERTIFIED that there does not exist probable cause of an appealable issue with respect to the Court's order denying defendant's § 2255 motion. Defendant's

application for a certificate of appealability is denied. This in no way hampers the defendant's ability to request issuance of the certificate by a circuit judge pursuant to Fed. R. App. P. 22.

Dated this 3rd day of March, 2009.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____ DEPUTY

(SEAL)